MILES v. BIRD.

No. 3634. Opinion Filed February 10, 1914.

(138 Pac. 789.)

**APPEAL AND ERROR**—Scope of Review—Failure to File Brief. Where the plaintiff in error has filed a brief, and the defendant in error has filed none, and has given no excuse for his failure, and upon examination of the record it appears that the errors asserted are well founded, this court is not required to search for some theory, or for authorities, that might possibly save the judgment appealed from.

(Syllabus by Brewer, C.)

*Error from County Court, Grant County;*
*E. H. Breeden, Judge.*

Action between O. L. Miles and Ben W. Bird. From the judgment, Miles brings error. Reversed and remanded.

*Sam P. Ridings,* for plaintiff in error.

*C. S. Ingersoll* and *F. G. Walling,* for defendant in error.

Opinion by BREWER, C. This appeal by case-made was filed in this court February 27, 1912. The plaintiff in error filed brief on May 29, 1912. The defendant in error has not filed a brief, and has given no reason for not doing so.

We have examined the errors assigned in the brief for plaintiff in error, and the record upon which they are predicated, and

the grounds urged for reversal appear to be well taken. In such situation we are not required to search the record, or to hunt for authorities, to find some theory upon which the judgment may possibly be sustained. *Butler v. McSpadden,* 25 Okla. 465, 107 Pac. 170; *Ellis v. Outler,* 25 Okla. 469, 106 Pac. 957; *Buckner v. Oklahoma Nat. Bank,* 25 Okla. 472, 106 Pac. 959; *Reeves & Co. v. Brennan,* 25 Okla. 544, 106 Pac. 959; *Sharpleigh Hdw. Co. v. Pritchard,* 25 Okla. 808, 108 Pac. 360; *Butler v. Stinson,* 26 Okla. 216, 108 Pac. 1103; *School Dist. v. Shelton,* 26 Okla. 229, 109 Pac. 67, 138 Am. St. Rep. 962; *Flanagan v. Davis,* 27 Okla. 422, 112 Pac. 990; *M., K. & T. Ry. Co. v. Long,* 27 Okla. 456, 112 Pac. 991; *Phillips v. Rogers,* 30 Okla. 99, 118 Pac. 371; *Doyle v. School Dist.,* 30 Okla. 81, 118 Pac. 386; *Bank of Grove v. Dennis,* 30 Okla. 70, 118 Pac. 570; *Hawkins v. White,* 31 Okla. 118, 120 Pac. 561; *Rudd v. Wilson,* 32 Okla. 85, 121 Pac. 252; *Reynolds-Davis & Co. v. Hotchkiss,* 31 Okla. 606, 122 Pac. 165; *First Nat. Bank v. Blair,* 31 Okla. 562, 122 Pac. 527; *Van Arsdale-Osborne Brokerage Co. v. Patterson,* 30 Okla. 113, 120 Pac. 933.

The cause should be reversed and remanded for a new trial. By the Court: It is so ordered.